District Judge Marsha J. Pechman
Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EVENS JOSEPH,<br>Agency # A 79-424-896,<br><br>               Petitioner,<br><br>      v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; A. NEIL CLARK, Seattle Field Office Director for Detention & Removal Operations, Seattle Field Office, Bureau of Immigration and Customs Enforcement; and WARDEN, Immigration Detention Facility; and the Bureau of Immigration and Customs Enforcement,<br><br>               Respondents. | No. C 05-0797-MJP-MAT<br><br>ORDER OF DISMISSAL |

The parties having stipulated and agreed that the Petitioner has been removed and that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

**IT IS SO ORDERED.**

ORDER OF DISMISSAL - 1
C 05-0797-MJP-MAT

1     The Clerk is directed to send copies of this Order to all counsel of record.

2     DATED this 15th day of June, 2005.

3

4                                       /s/ Marsha J. Pechman
                                      MARSHA J. PECHMAN

5                                       United States District Judge

6

7 Recommended for Entry
this  14th  day of June, 2005.

8

9 s/ Mary Alice Theiler
United States Magistrate Judge

10

11

12

Presented by:

13

14 s/Kirsten M. Schimpff
KIRSTEN M. SCHIMPFF

15 WSBA # 31299
Assistant United States Attorney

16 700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271

17 Telephone: (206) 553-7970
Fax: (206) 553-4073

18 E-mail: kirsten.schimpff@usdoj.gov
Attorneys for Respondents

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL - 2
C 05-0797-MJP-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970